**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **STEPHEN SPICER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION** |
| **v.** ) | |
| ) | **No. 04-2184-KHV** |
| **NEW IMAGE INTERNATIONAL, INC., and** ) | |
| **LIQUIDITY INTERNATIONAL, INC.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |
| ) | |
| **NEW IMAGE INTERNATIONAL, INC.,** ) | |
| ) | |
| **Third Party Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **ATRIUM, INC., and ASPEN GROUP, INC.,** ) | |
| ) | |
| **Third Party Defendants.** ) | |
| _____) | |

**ORDER**

On July 9, 2004, third-party plaintiff New Image International, Inc. filed a third-party complaint. On December 17, 2004, it served third-party defendant Aspen Group, Inc. with process. (Doc. #20). On December 18, 2004, third-party defendant Atrium, Inc. was served with process. (Doc. #21). On April 1, 2005, the Court ordered plaintiff to show good cause why this case should not be dismissed for lack of prosecution pursuant to Rule 41(b) as to those third-party defendants based on third-party plaintiff's failure to file a motion for default judgment or to otherwise proceed. On April 15, 2005, third-party plaintiff filed New Image International Inc.'s Response To Order To Show Cause (Doc. #28).

-1-

In its response, New Image International, Inc. states that shortly after the Court issued its order to show cause, third-party defendants filed a motion for leave to file a responsive pleading out of time, which the Court granted on April 8, 2005. New Image International, Inc. has requested that the Court permit third-party defendants sufficient time to respond to the third-party complaint. The Court finds that plaintiff has shown good cause why the Court should not dismiss the claims against third-party defendants for lack of prosecution.

**IT IS SO ORDERED.**

Dated this 2nd day of June, 2005, at Kansas City, Kansas.

                                                s/ Kathryn H. Vratil
                                                Kathryn H. Vratil
                                                United States District Judge